UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUOC H. NGUYEN,<br><br>            Plaintiff,<br><br>    v.<br><br>TIEN TRAN,<br><br>            Defendant. | Case No.  2:24-cv-02528-TLN-JDP<br><br>**ORDER** |

On October 8, 2024, the magistrate judge filed findings and recommendations herein which were served on Plaintiff Quoc H. Nguyen ("Plaintiff"), and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections on October 16, 2024, and they were considered by the undersigned.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Findings and Recommendations (ECF No. 3) are ADOPTED IN FULL;

1

2. The complaint (ECF No. 1) is DISMISSED without leave to amend for want of federal jurisdiction; and

3. The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Date: October 29, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2